**Order issued July 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01334-CR
No. 05-13-01335-CR
No. 05-13-01336-CR

**SHIRLEY ANN ALFARO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Bridges, Francis, and Lang-Miers

Based on the Court's opinion of this date, we **GRANT** the March 18, 2014 motion of

Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the

Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We

**DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to

Shirley Ann Alfaro, TDCJ No. 1697852, Christina Melton Crain Unit, 1401 State School Road,

Gatesville, Texas, 76599-2999.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE